UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH TYLER LITTLEFIELD, | CASE NO. 2:23-cv-00790-JHC-SKV |
| Plaintiff, | ORDER |
| v. | |
| CHERYL STRANGE, et al., | |
| Defendants. | |

The Court has reviewed Plaintiff's proposed amended complaint, the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record. No objections to the Report and Recommendation have been filed. The Court hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Plaintiff's application to proceed with this action in forma pauperis (Dkt. 5) is DENIED.

(3) Plaintiff is directed to pay the $402 filing fee within thirty (30) days of the date on which this Order is signed. Failure to timely submit the requisite filing fee will result in immediate termination of this action.

ORDER - 1

(4) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable S. Kate Vaughan.

Dated this 14th day of August, 2023.

John H. Chun
United States District Judge

ORDER - 2