1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

JOSEPH TYLER LITTLEFIELD,                     CASE NO. 2:23-cv-00790-JHC-SKV

9

Plaintiff,                     ORDER

10

v.

11

CHERYL STRANGE, et al.,

12

Defendants.

13

14

     This matter comes before the Court on Petitioner's Objection to Report and

15

Recommendation.  Dkt. # 15.  The filing is postmarked August 8, 2023 and is therefore timely.

16

The Court therefore VACATES its prior order adopting the Report and Recommendation, as that

17

order assumed no objections were filed.  *See* Dkt. # 14.

18

     Dated this 15th day of August, 2023.

19

20

21

*John H. Chun*

John H. Chun
United States District Judge

22

23

24

ORDER - 1