UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH TYLER LITTLEFIELD,

　　　　　　Plaintiff,

v.

CHERYL STRANGE, *et al.*,

　　　　　　Defendants.

Case No. C23-790-JHC-SKV

ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND

This is a civil rights action proceeding under 42 U.S.C. § 1983. This matter comes before the Court at the present time on Plaintiff's motion for leave to file an amended supplemental complaint.[1] Dkt. 19. Plaintiff indicates in her motion that she is seeking to supplement an existing claim with additional supporting facts and to change her legal theories with respect to two claims asserted in her first amended complaint. *See id.* Plaintiff references in her motion a proposed supplemental complaint that apparently contains the intended amendments, but no proposed amended pleading was attached to the motion received by the Court. Pursuant to Local Civil Rule (LCR) 15, a copy of the proposed amended pleading must be attached as an exhibit to

---

[1] Plaintiff, in the instant motion, refers to herself using female gender pronouns just has she has in prior submissions to the Court. The Court therefore uses female gender pronouns in referring to her in this Order.

ORDER DENYING PLAINTIFF'S
MOTION FOR LEAVE TO AMEND - 1

any motion seeking leave to amend a pleading. Because Plaintiff's motion did not include a copy of her proposed amended pleading, the motion is procedurally deficient and must therefore be denied.

The Court observes that, in addition to her pending motion to amend, Plaintiff also recently submitted a letter to the Court in which she asks that her previously filed motions for a temporary restraining order be re-noted on the Court's calendar for an immediate hearing, and that she be granted an extension of time to pay the filing fee. Dkt. 25. Because Plaintiff has yet to pay the filing fee in this action, her request that her motions for a temporary restraining order be re-noted for consideration is premature. The Court is, however, willing to grant Plaintiff an extension of the deadline to pay her filing fee, though Plaintiff is advised that this is the only such extension that will be granted.

Based on the foregoing, the Court hereby ORDERS as follows:

(1) Plaintiff's motion for leave to file an amended supplemental complaint (Dkt. 19) is DENIED.

(2) Plaintiff's request that her motions for a temporary restraining order be re-noted on the Court's calendar for an immediate hearing (Dkt. 25) is DENIED.

(3) Plaintiff's request for an extension of time to pay the filing fee (Dkt. 25) is GRANTED. Plaintiff is directed to pay the filing fee in this action not later than **November 16, 2023**. Failure to timely submit the requisite fee will result in immediate dismissal of this action.

(4) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable John H. Chun.

//

//

ORDER DENYING PLAINTIFF'S
MOTION FOR LEAVE TO AMEND - 2

1  DATED this 3rd day of October, 2023.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S
MOTION FOR LEAVE TO AMEND - 3