UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH TYLER LITTLEFIELD,

          Plaintiff,

v.

CHERYL STRANGE, *et al.*,

          Defendants.

Case No. C23-790-JHC-SKV

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT

      This is a civil rights action brought under 42 U.S.C. § 1983. On October 18, 2023, this Court issued an Order declining to serve Plaintiff's amended complaint and granting her leave to file a second amended complaint within thirty days. Dkt. 30. On November 15, 2023, Plaintiff filed a motion seeking a 45-day extension of the deadline to file her amended pleading. Dkt. 34. Plaintiff indicates in her motion that she requires additional time to ensure that all issues she wishes to present to the Court are properly pled. As Plaintiff's amended complaint (Dkt. 29) was quite lengthy, and as the list of deficiencies identified by the Court in its Order declining to serve Plaintiff's amended complaint (*see* Dkt. 30) was lengthy as well, the Court deems Plaintiff's request for an extension reasonable.

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE
SECOND AMENDED COMPLAINT - 1

Accordingly, the Court hereby ORDERS as follows:

(1) Plaintiff's motion for an extension of time (Dkt. 34) is GRANTED. Plaintiff is directed to file her amended complaint not later than *January 4, 2024*.

(2) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable John H. Chun.

DATED this 27th day of November, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE
SECOND AMENDED COMPLAINT - 2