UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH TYLER LITTLEFIELD,

                Plaintiff,

   v.

CHERYL STRANGE, *et al.*,

                Defendants.

Case No. C23-790-JHC-SKV

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable S. Kate Vaughan, United States Magistrate Judge:

      Plaintiff Joseph Littlefield has submitted to the Court a motion for attachment in which she claims she is entitled to an attachment of the assets of the Defendants named in this lawsuit pending a favorable judgment. Dkt. 40. Plaintiff, however, has yet to submit to the Court a pleading containing any viable claims for relief. Plaintiff's motion is therefore premature and is STRICKEN from the Court's calendar.

      The Clerk is directed to send copies of this Minute Order to Plaintiff and to the Honorable John H. Chun.

MINUTE ORDER - 1

DATED this 29th day of February, 2024.

RAVI SUBRAMANIAN, Clerk

By <u>Serge Bodnarchuk</u>

MINUTE ORDER - 2