UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH TYLER LITTLEFIELD,

                Plaintiff,

   v.

CHERYL STRANGE, *et al.*,

                Defendants.

Case No. C23-790-JHC-SKV

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT

      This is a civil rights action brought under 42 U.S.C. § 1983. On February 16, 2024, this Court issued an Order declining to serve Plaintiff's second amended complaint and granting her leave to file a third amended complaint within thirty days. Dkt. 41. On March 8, 2024, Plaintiff filed a motion seeking a 45-day extension of the deadline to file her amended pleading. Dkt. 43. Plaintiff indicates in her motion that she requires additional time to ensure that all issues she wishes to present to the Court are properly pled. *Id.*

      The Court observes that Plaintiff has had substantial difficulty in this action preparing a pleading that complies with the requirements of Fed. R. Civ. P. 8(a). To date, the pleadings submitted by Plaintiff have been excessively long, have named unwieldy numbers of defendants, and have contained insufficient factual allegations to state any plausible claim for relief against

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE
THIRD AMENDED COMPLAINT - 1

the vast numbers of defendants. *See* Dkts. 29, 30, 37, 41. The Court's Order granting Plaintiff leave to file a third amended complaint will be the final opportunity Plaintiff is afforded to prepare and file a viable pleading in this action. It is therefore critical that Plaintiff heed the advisements contained in the Court's prior Orders regarding the deficiencies in her pleadings and take care to craft a third amended complaint that resolves those deficiencies. As this will no doubt be a time-consuming task, the Court deems Plaintiff's request for an extension reasonable.

Accordingly, the Court hereby ORDERS as follows:

(1) Plaintiff's motion for an extension of time (Dkt. 43) is GRANTED. Plaintiff is directed to file her third amended complaint not later than ***April 30, 2024***. Plaintiff is advised that no further extensions will be granted.

(2) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable John H. Chun.

DATED this 26th day of March, 2024.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE
THIRD AMENDED COMPLAINT - 2