UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH TYLER LITTLEFIELD,<br><br>                    Plaintiff,<br><br>     v.<br><br>CHERYL STRANGE, *et al.*,<br><br>                    Defendants. | Case No. C23-790-JHC<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation (Dkt. 61) of the Honorable S. Kate Vaughan, United States Magistrate Judge, Plaintiff's objections (Dkt. 62), and the remaining record, hereby ORDERS:

(1)     The Report and Recommendation is approved and adopted.  The Court has reviewed the record de novo and finds no merit to Plaintiff's objections. *United States v. Ramos*, 65 F.4th 427, 433 (9th Cir. 2023).

(2)     Plaintiff's third amended complaint (Dkt. 58) and this action are DISMISSED without prejudice under 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983.

(3)     Plaintiff's motion to file a supplemental complaint (Dkt. 55) is DENIED as moot.

(4)     The Clerk is directed to send copies of this Order to Plaintiff and to Judge Vaughan.

DATED this 26th day of December, 2024.

*John H. Chun*
JOHN H. CHUN
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2